**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6974**

KATRINA HARRIS,

        Plaintiff - Appellant,

    v.

MATTHEW SURVELL, Officer,

        Defendant - Appellee,

    and

CARROLL COUNTY DETENTION CENTER; WARDEN HARDIN,

        Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell III, District Judge. (1:16-cv-03070-GLR)

Submitted: January 31, 2018                  Decided: February 16, 2018

Before MOTZ, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Katrina Harris, Appellant Pro Se.  Kevin Bock Karpinski, Sandra Diana Lee, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katrina Harris appeals the district court's order granting summary judgment in her 42 U.S.C. § 1983 (2012) suit for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Survell*, No. 1:16-cv-03070-GLR (D. Md. filed June 22, 2017, and entered June 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*